No. 85–5868.   MAPES v. OHIO.   Sup. Ct. Ohio;
No. 85–5886.   RAULT v. LOUISIANA.   C. A. 5th Cir.;
No. 85–5979.   HARPER v. KENTUCKY.   Sup. Ct. Ky.;
No. 85–5986.   JONES v. LOUISIANA.   Sup. Ct. La.;
No. 85–6048.   GILMORE v. MISSOURI.   Sup. Ct. Mo.;
No. 85–6389.   FOSTER, AKA LEE v. MISSOURI.   Sup. Ct. Mo.;
No. 85–6390.   CAVE v. FLORIDA.   Sup. Ct. Fla.;
No. 85–6456.   KIRKPATRICK v. BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 85–6547.   HARICH v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Sup. Ct. Fla.;
No. 85–6771.   SUAREZ v. FLORIDA.   Sup. Ct. Fla.; and
No. 85–6932.   EVANS v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–6707.   GOLUB v. ERNST & ERNST (WHINNEY) ET AL. C. A. 2d Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 85–6721.   TONEY-EL v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.